**Exhibit A**

Table of Last-Observed Infringements by Defendants of Devils Film's Copyright in the Motion Picture "Wanna Fuck My Daughter Gotta Fuck Me First 12," Copyright Reg. No. in process. Copyright Application Service Request No. 1-666529033 filed on 2011-09-28.

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.9.200.129 | 2011-11-20 20:01:59 -0500 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 2 | 108.9.251.156 | 2011-12-10 01:43:08 -0500 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 3 | 173.170.172.184 | 2011-12-01 23:26:08 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 4 | 173.171.124.106 | 2011-12-10 00:37:26 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 5 | 173.65.183.61 | 2011-11-28 20:10:21 -0500 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 6 | 173.78.81.58 | 2011-11-17 00:59:47 -0500 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 7 | 24.26.54.8 | 2011-12-05 21:11:30 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 8 | 24.96.112.73 | 2011-11-22 12:57:47 -0500 | Knology | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 9 | 65.32.119.44 | 2011-11-30 11:18:08 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 10 | 68.202.198.51 | 2011-12-06 00:59:37 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 11 | 68.202.27.138 | 2011-11-18 17:19:15 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 12 | 68.205.213.228 | 2011-11-22 22:16:59 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 13 | 68.205.8.24 | 2011-12-03 19:29:47 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 14 | 68.207.232.48 | 2011-12-08 18:19:36 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 15 | 70.126.168.24 | 2011-11-26 09:15:56 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 16 | 70.126.64.134 | 2011-11-19 07:14:32 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 17 | 70.127.80.202 | 2011-12-09 21:14:53 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 18 | 70.127.87.144 | 2011-11-03 09:09:52 -0400 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 19 | 71.180.13.70 | 2011-12-08 10:09:02 -0500 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 20 | 71.41.48.84 | 2011-12-04 15:10:14 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 21 | 72.184.14.55 | 2011-11-23 21:13:34 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 22 | 72.184.71.187 | 2011-12-10 00:59:46 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 23 | 72.185.8.61 | 2011-11-25 19:06:16 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 24 | 72.64.135.131 | 2011-11-03 19:13:07 -0400 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 25 | 72.64.232.136 | 2011-11-24 03:09:19 -0500 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 26 | 72.77.192.238 | 2011-11-09 15:06:42 -0500 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 27 | 72.91.144.98 | 2011-11-16 22:57:19 -0500 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |

| Doe 28 | 75.76.125.80 | 2011-12-06 13:11:51 -0500 | Knology | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| --- | --- | --- | --- | --- | --- |
| Doe 29 | 96.228.136.48 | 2011-11-03 16:50:11 -0400 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 30 | 96.243.150.131 | 2011-11-26 17:39:40 -0500 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 31 | 96.243.165.134 | 2011-11-17 15:07:52 -0500 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 32 | 96.252.219.17 | 2011-12-02 00:52:03 -0500 | Verizon Internet Services | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 33 | 97.102.70.87 | 2011-11-17 12:19:44 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |
| Doe 34 | 97.96.31.58 | 2011-11-21 20:06:05 -0500 | Road Runner | BitTorrent | 65fb838adc1602bca15c3b8fa3298b925fa87aa0 |